NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-561

GLYNN HOFFPAUIR, ET AL.

VERSUS

BAYOU VILLAGE NURSING CENTER PARTNERSHIP, LTD., ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 82031
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.

Kimberly A. Ramsey
Nix, Patterson & Roach
401 Edwards St., Suite 820
Shreveport, LA 71101
(318) 425-9255
Counsel for Plaintiff-Appellant:
 Glynn Hoffpauir

Gregory Kent Moroux
Onebane Law Firm
P. O. Box 3507
Lafayette, LA 70502-3507
(337) 237-2660
Counsel for Defendants-Appellees:
 Bayou Village Nursing Center Partnership, Ltd.
 Southern Key Investments, Inc.
 Southern Key Developers, LLC